# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00062-WYD-KLM

CHRIS EKSTROM,

    Plaintiff,

v.

ANDERSON & KEIL,

    Defendant.

---

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered.

    Pursuant to the offer of judgment served on 2/4/16 and the acceptance thereof filed 2/15/16, with proof of service, it is

    ORDERED that judgment is hereby entered for CHRIS EKSTROM and against ANDERSON & KEIL in the amount of $1,002.00.  It is

    FURTHER ORDERED that post-judgment interest shall accrue at the rate of .51% from the date of entry of judgment.

    Dated at Denver, Colorado this 18th day of February, 2016.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

            By: s/ *Robert R. Keech*

                        Robert R. Keech
                        Deputy Clerk